# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINH N. NGUYEN,<br><br>                Petitioner,<br>  vs.<br>GEORGE GIURBINO, Warden,<br><br>                Respondent. | CASE NO. 05cv2287-WQH (WMc)<br><br>**ORDER** |

No later than September 24, 2007, Respondent may file a response to "Petitioner's Motion to Vacate Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6)" (Doc. # 34), filed September 4, 2007. No later than October 5, 2007, Petitioner may file a reply to any response filed by Respondent.

The Clerk of the Court shall mail Petitioner a copy of this Order, as well as a copy of the Report and Recommendations (Doc. # 30), filed June 7, 2007.

DATED: September 7, 2007

**WILLIAM Q. HAYES**
United States District Judge