1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9           **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   LINH N. NGUYEN,                              CASE NO. 05cv2287 WQH (WMc)

12                         Petitioner,           **ORDER**

          vs.
13   GEORGE GIURBINO, Warden,

14                         Respondent.

15   HAYES, Judge:

16          Pending before the Court is the Motion to Vacate Judgment pursuant to Rule 60(b)(6)

17   of the Federal Rules of Civil Procedure, filed by Petitioner Linh N. Nguyen.  (Doc. # 34).

18                                    **Background**

19          On January 16, 2007, Petitioner Linh N. Nguyen ("Petitioner"), a state prisoner

20   proceeding *pro se,* filed an Amended Petition for Writ of Habeas Corpus, pursuant to 28

21   U.S.C. section 2254 ("Petition").  (Doc. # 27).  On June 7, 2007, United States Magistrate

22   Judge William McCurine, Jr. issued a Report and Recommendation, recommending that the

23   Petition be denied.  (Doc. # 30).  On July 31, 2007, the Court issued an Order adopting the

24   Report and Recommendation and denying the Petition.  (Doc. # 31).

25          On September 5, 2005, Petitioner filed a Motion to Vacate the Court's July 31, 2007

26   Order.  (Doc. # 34).  Petitioner filed a Declaration in support of the Motion to Vacate,

27   swearing that he has never received a copy of the June 7, 2007 Report and

28   Recommendation, and that he has inquired with the Mailroom Supervisor at the prison who

                                         - 1 -                    05cv2287 WQH (WMc)

1   informed Petitioner that in June, 2007, he only received "Legal Mail" from his brother.

2   Petitioner moves to vacate the Court's July 31, 2007 Order, and requests the Court to issue

3   an order that he be served with a copy of the July 7, 2007 Report and Recommendation, be

4   given an opportunity to submit timely objections, and have the Court render a decision

5   upon review of any objections submitted by Petitioner.

6          On September 13, 2007, Respondent filed a Response to the Motion to Vacate in

7   which Respondent agreed that if in fact Petitioner did not receive a copy of the Report and

8   Recommendation, he would be entitled to relief under Rule 60 of the Federal Rules of Civil

9   Procedure.  (Doc. # 36).

10                                **Discussion**

11         Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure, a district court

12  may grant a motion for relief from judgment when there is any reason not previously

13  considered in Rule 60(b) that justifies granting relief from operation of the judgment.  Fed.

14  R. Civ. P. 60(b).  A party merits relief under Rule 60(b)(6) if he demonstrates

15  "extraordinary circumstances" prevented the party from taking timely action to prevent or

16  correct an erroneous judgment.  *Cmty. Dental Servs. v. Tani,* 282 F.3d 1164, 1168 (9th Cir.

17  2002).  Relief under Rule 60(b)(6) "normally will not be granted unless the moving party is

18  able to show both injury and that circumstances beyond its control prevented timely action

19  to protect its interests."  *Id.*

20         Petitioner contends that on or about August 9, 2007, he received the Court's July 31,

21  2007 Order adopting the Report and Recommendation and denying the Petition.  Petitioner

22  contends that he did not become aware of the Report and Recommendation until this date.

23  Petitioner contends that upon becoming aware of that a Report and Recommendation was

24  issued, he inquired with the Mailroom Supervisor of the prison who informed him that no

25  "Legal Mail" had been delivered to him during June 2007, aside from mail from his

26  brother.  Petitioner contends that he did not file objections to the Report and

27  Recommendation because he never received a copy of the Report and Recommendation.

28         Respondent does not dispute that if Petitioner never received a copy of the Report

1   and Recommendation, and therefore had no opportunity to file objections thereto, he would

2   be entitled to relief under Rule 60 of the Federal Rules of Civil Procedure.

3          After reviewing the record, the Court finds that Petitioner has demonstrated injury

4   because he had no opportunity to file objections to the Report and Recommendation, and

5   that his inability to file objections to the Report and Recommendation resulted from

6   circumstances beyond his control.  The Court concludes that Petitioner has demonstrated

7   extraordinary circumstances sufficient to warrant relief from judgment because he never

8   received a copy of the Report and Recommendation and was therefore unable to file

9   objections.

10                                          **Conclusion**

11          IT IS HEREBY ORDERED that the Court **GRANTS** the Motion for Vacate

12   Judgment (Doc. # 34).  It is further ordered that the Court **VACATES** the Order adopting

13   the Report and Recommendation (Doc. # 31) filed on July 31, 2007.  Any party may file

14   objections to the Report and Recommendation no later than Monday, December 17, 2007.

15   Any party may file a reply to the objections to the Report and Recommendation no later

16   than Monday, January 7, 2008.  The Court directs the Clerk of the Court to serve Petitioner

17   with a copy of this Order and the Report and Recommendation (Doc. # 30) filed on June 7,

18   2007 at the following address:

19          Linh Nguyen
            T-48024
20          Calipatria State Prison
            P.O. Box 5002
21          Calipatria, CA 92253-5002

22

    DATED:  November 14, 2007
23

24                                          **WILLIAM Q. HAYES**
                                            United States District Judge
25

26

27

28